IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: February 18, 2025.



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 25-10106 |
| | § | |
| GREEN, JR, RICHARD THOMAS and | § | |
| GREEN, ADRIANA CORDEIRO | § | Chapter 13 |
| | § | |
| | § | |
| Debtors | § | |

### AMENDED ORDER GRANTING EXTENSION OF AUTOMATIC STAY

CAME ON BEFORE THE COURT Debtor's Motion, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the stay be continued under 11 U.S.C. §362(a), as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

The Debtor shall make the first plan payment timely, so that the Trustee receives the payment by the due date.  The Debtor shall keep plan payments current. If the Debtor becomes delinquent, the Trustee is authorized to submit an Order of Summary Dismissal.

###

Respectfully Submitted


/s/ Dorothy Lawrence
Dorothy Lawrence
State Bar No. 24072015
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR