# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-10106-smr |
| RICHARD THOMAS GREEN, JR and | |
| ADRIANA CORDEIRO GREEN, | CHAPTER 13 |
| Debtor | |

## OBJECTION TO CONFIRMATION BY NATIONSTAR MORTGAGE LLC

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Nationstar Mortgage LLC, its successors and/or assigns ("Creditor"), a secured creditor and party in interest, and pursuant to 11 U.S.C. §1322 (b)(2), 1324 and 1325(a)(5), and Bankruptcy Rule 3015(f) files its Objection to Debtor's proposed Chapter 13 Plan ("Plan"), and in support thereof would respectfully show the Court as follows:

## BACKGROUND

**1.** Debtor filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code on January 27, 2025.

**2.** On August 20, 2020, a Note (the "Note") was executed by Debtor to AMCAP Mortgage, Ltd. in the original principal sum of $353,479.00 which is secured by a Deed of Trust of even date therewith granting a lien against real estate located at 1112 League Line Roa, Paige, TX 78659 ("Property"). Copies of the Note and Deed of Trust will be attached to Creditor's forthcoming proof of claim to be filed in this case.

3. The total debt due and owing to Creditor as of the Petition Date was $301,857.27 as will be evidenced by Creditor's forthcoming secured proof of claim ("Proof of Claim").

4. The bar date for the filing of the Proof of Claim is after the deadline to objection to confirmation in this case. Creditor is in the process of preparing its Proof of Claim. Creditor asserts this Objection to preserve its rights and to assist in the efficient administration of the confirmation process.

## OBJECTION TO PROPOSED PLAN

5. Creditor objects to confirmation of the Plan because the Plan understates the pre-petition arrears due and owing under the Note. Debtors' Plan incorrectly states that there is only $23,739.68 due in arrearages when, in fact, Creditor is entitled to full payment of its secured pre-petition arrearage claim pursuant to the Note and Deed of Trust in the amount of $37,235.56 as of January 27, 2025. Creditor therefore objects to the proposed treatment of its secured claim.

6. Because the arrears listed for Creditor are understated, the Chapter 13 Plan may not be feasible.

7. Because Creditor was forced to file this Objection to Confirmation to protect its secured interest in the subject real property, it has incurred reasonable attorneys' fees.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Creditor prays that this Court deny confirmation of the Plan as proposed, award attorneys' fees and costs, and grant Creditor such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By: /s/ Anthony Schroeder
　　Anthony Schroeder, SBN 24106407
　　**ATTORNEY FOR CREDITOR**
　　**ALDRIDGE PITE, LLP**
　　101 E. Park Blvd, Suite 600
　　Plano, TX 75074
　　Telephone: (858) 750-7600
　　Facsimile: (858) 412-2792
　　Email: aschroeder@aldridgepite.com

　　***Mailing Address***
　　3333 Camino del Rio South, Suite 225
　　San Diego, CA 92108

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Objection to Confirmation* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on February 27, 2025.

      /s/ Anthony Schroeder
      Anthony Schroeder

**DEBTOR'S ATTORNEY**
**(via electronic notice)**

Dorothy K Lawrence
Allmand Law Firm, PLLC
860 Airport Fwy #401
Hurst, TX 76054
dbutler@allmandlaw.com

**TRUSTEE**
**(via electronic notice)**

Deborah B. Langehennig
PO Box 91419
Austin, TX 78709
mschoppe@ch13austin.com

**DEBTOR**

Adriana Cordeiro Green
Richard Thomas Green, Jr
1112 League Line Road
Paige, TX 78659

**U. S. TRUSTEE**
**(via electronic notice)**

U.S. Trustee
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701
ustpregion07.au.ecf@usdoj.gov

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/ECF)**