Nicholas C Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## APPENDIX L-1007-1

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:

ADRIANA CORDEIRO GREEN      §      Chapter 13
     §
    Debtor(s).      §      Case No. 25-10106

## AMENDED DECLARATION OF EVIDENCE OF EMPLOYERS' PAYMENTS WITHIN 60 DAYS

☑      Attached hereto are copies of all payment advice, pay stubs or other evidence of payment received by the Debtor from any employer within 60 days prior to the filing of the petition;

☐      Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐      Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $(AMOUNT). If none, enter "0.00 but, after making a good faith effort, Debtor does not have copies of employer pay advices to be produced.

☑      Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: <u>April 8, 2025</u>      /s/_____*Adriana Green*_____
     Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security number, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Document Ref: AQFC5-4XV2S-PHRNB-RXC2E

Robert Carter Williams
2000 Indian Trl
Austin, TX  78703

Adriana C Green
1112 League Line Rd
Paige, TX 78659

Direct Deposit

| **Employee Pay Stub** | Check number: 175 | | **Pay Period:** 11/16/2024 - 11/29/2024 | **Pay Date:** 11/29/2024 |
|---|---|---|---|---|

**Employee**

Adriana C Green, 1112 League Line Rd, Paige, TX 78659

**SSN**

***-**-5460

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,416.67 | 50,166.74 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******8841 | 524.79 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -207.00 | -4,194.00 |
| Social Security Employee | -149.84 | -3,110.34 |
| Medicare Employee | -35.04 | -727.42 |
|  | -391.88 | -8,031.76 |

**Memo**

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -1,500.00 | -33,000.00 |
| **Net Pay** | **524.79** | **9,134.98** |

Robert Carter Williams
2000 Indian Trl
Austin, TX  78703

Adriana C Green
1112 League Line Rd
Paige, TX 78659

Direct Deposit

| **Employee Pay Stub** | Check number: 176 | | | | **Pay Period: 11/30/2024 - 12/13/2024** | **Pay Date: 12/13/2024** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| Adriana C Green, 1112 League Line Rd, Paige, TX 78659 | | | | | ***-**-5460 | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | **Amount** |
|---|---|---|---|---|---|---|
| Salary | | | 2,416.67 | 52,583.41 | Checking - ******8841 | 524.80 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -207.00 | -4,401.00 | | |
| Social Security Employee | | | -149.83 | -3,260.17 | | |
| Medicare Employee | | | -35.04 | -762.46 | | |
| | | | -391.87 | -8,423.63 | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | |
| Wage Garnishment | | | -1,500.00 | -34,500.00 | | |
| **Net Pay** | | | **524.80** | **9,659.78** | | |

Robert Carter Williams, 2000 Indian Trl, Austin, TX  78703

Robert Carter Williams
2000 Indian Trl
Austin, TX  78703

Adriana C Green
1112 League Line Rd
Paige, TX 78659

Direct Deposit

| Employee Pay Stub | | Check number: 178 | | | | Pay Period: 01/01/2025 - 01/15/2025 | Pay Date: 01/15/2025 |
|---|---|---|---|---|---|---|---|

**Employee**

Adriana C Green, 1112 League Line Rd, Paige, TX 78659

**SSN**

***-**-5460

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,416.67 | 2,416.67 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -205.00 | -205.00 |
| Social Security Employee | -149.83 | -149.83 |
| Medicare Employee | -35.04 | -35.04 |
| | -389.87 | -389.87 |
| **Net Pay** | **2,026.80** | **2,026.80** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******8841 | 2,026.80 |

**Memo**

Direct Deposit

Robert Carter Williams
2000 Indian Trl
Austin, TX  78703

Adriana C Green
1112 League Line Rd
Paige, TX 78659

Direct Deposit

| Employee Pay Stub | | Check number: 179 | | | | Pay Period: 01/16/2025 - 01/31/2025 | Pay Date: 01/31/2025 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | |
| Adriana C Green, 1112 League Line Rd, Paige, TX 78659 | | | | | | ***-**-5460 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,416.67 | 4,833.34 | Checking - ******8841 | 2,026.79 |
| **Taxes** | | | Current | YTD Amount | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -205.00 | -410.00 | | |
| Social Security Employee | | | -149.84 | -299.67 | | |
| Medicare Employee | | | -35.04 | -70.08 | | |
| | | | -389.88 | -779.75 | | |
| **Net Pay** | | | **2,026.79** | **4,053.59** | | |