**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2025.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____


**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | |
| RICHARD THOMAS GREEN JR. | CASE NO. 25-10106-SMR |
| ADRIANA CORDEIRO GREEN | |
| DEBTOR(S) | CHAPTER 13 |

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN AND
RESETTING CONFIRMATION HEARING**

The Confirmation Hearing for the above-referenced case was held on April 8, 2025.

The Court finds that Confirmation of the Chapter 13 Plan filed on January 27, 2025 is DENIED.

The Court also finds that the debtors shall have seven (7) days from the date of this hearing to file an Amended Plan, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.

The Court also finds that the Confirmation Hearing on the Amended Plan to be filed shall be continued to May 13, 2025 at 1:30 p.m.

The Court also finds that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the

**proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.**

It is therefore **ORDERED, ADJUDGED and DECREED** that Confirmation of the Chapter 13 Plan filed on January 27, 2025 is **DENIED** subject to the findings above.

It is further **ORDERED, ADJUDGED, and DECREED** that the debtors shall have seven (7) days from the date of this hearing to file an Amended Plan, or the case may be dismissed without further notice or hearing upon submission by the Trustee of an Order Summarily Dismissing the Case.

It is further **ORDERED, ADJUDGED, and DECREED** that the Confirmation Hearing on the Amended Plan to be filed shall be continued to May 13, 2025 at 1:30 p.m.

It is further **ORDERED, ADJUDGED, and DECREED** that the Trustee is authorized to disburse, pre-confirmation, the funds on hand to creditors with allowed claims provided for in the proposed Plan on a pro-rata basis, along with the payment of the Trustee fee for disbursement, on a monthly basis.

###

ORDER PREPARED BY:

Deborah B. Langehennig
PO Box 91419
Austin, TX 78709
(512) 912-0305
www.ch13austin.com