Nicholas C Inman
State Bar No. 00787747
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

APPENDIX L-1007-1

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re:

GREEN, JR, RICHARD THOMAS      §      Chapter 13
     §
    Debtor(s).      §      Case No. 25-10106

### AMENDED Declaration of Evidence of Employers' Payments Within 60 Days

[X] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the Debtor from any employer within 60 days prior to the filing of the petition;

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ] Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $(AMOUNT). If none, enter "0.00 but, after making a good faith effort, Debtor does not have copies of employer pay advices to be produced.

[X] Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 4/20/25          /s/ _____
                                      Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security number, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| #EE02043 - Richard T. Green, JR 25 | | | Voucher #(178818) | | Pay Date: 01/24/2025 Pay Period: 01/13/2025-01/19/2025 |
|---|---|---|---|---|---|

### Earnings

| | Hours | Current | YTD |
|---|---|---|---|
| CELLHIGH | | 34.62 | 69.24 |
| Salary | 40.00 | 1,730.80 | 3,461.60 |
| **Gross Pay** | | **1,765.42** | **3,530.84** |
| Hours Worked | 40.00 | | |
| Hours Paid | 40.00 | | |

### Deductions

| | | Current | YTD |
|---|---|---|---|
| Auto | | 15.00 | 30.00 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,765.42 | 3,530.84 | 179.05 | 358.10 |
| FICA | 1,765.42 | 3,530.84 | 109.45 | 218.91 |
| MEDI | 1,765.42 | 3,530.84 | 25.60 | 51.20 |
| **Total** | | | **314.10** | **628.21** |

| **Net Pay** | | **1,436.32** | **2,872.63** |
|---|---|---|---|
| Richard Green (8841) | | 1,436.32 | 2,872.63 |

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FUTA | 10.60 | 21.19 |
| FICA | 109.45 | 218.91 |
| MEDI | 25.60 | 51.20 |
| SUTA:TX | 23.83 | 47.66 |
| **Total** | **169.48** | **338.96** |

[1] For information purposes only. No effect on your net pay.

Weifield Group Contracting Texas LLC 6950 S. Jordan Road, Centennial, CO 80112        1 of 1

---

**Weifield Group Contracting Texas LLC**
6950 S. Jordan Road
Centennial, CO 80112

| Pay Date: | 01/24/2025 |
|---|---|
| Voucher #: | (178818) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard T. Green, JR | 1 | Checking | XXXXXX8841 | 053000219 | 1,436.32 |

25  EE02043  01/24/2025  (178818)

**Richard T. Green, JR**
1112 League Line rd
Paige, TX 78659

Non-Negotiable - This Is Not A Check

**Weifield Group Contracting Texas LLC**
6950 S. Jordan Road
Centennial, CO 80112

25  EE02043  01/24/2025  (178818)

**Richard T. Green, JR**
1112 League Line rd
Paige, TX 78659

Personal & Confidential

**#EE02043 - Richard T. Green, JR**     Voucher #(178149)     Pay Date: 01/17/2025
25     Pay Period: 01/06/2025-01/12/2025

### Earnings

|  | Hours | Current | YTD |
|---|---|---|---|
| CELLHIGH |  | 34.62 | 34.62 |
| Salary | 40.00 | 1,730.80 | 1,730.80 |
| **Gross Pay** |  | **1,765.42** | **1,765.42** |
| Hours Worked | 40.00 |  |  |
| Hours Paid | 40.00 |  |  |

### Deductions

|  | Current | YTD |
|---|---|---|
| Auto | 15.00 | 15.00 |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,765.42 | 1,765.42 | 179.05 | 179.05 |
| FICA | 1,765.42 | 1,765.42 | 109.46 | 109.46 |
| MEDI | 1,765.42 | 1,765.42 | 25.60 | 25.60 |
| **Total** |  |  | **314.11** | **314.11** |

| **Net Pay** |  | **1,436.31** | **1,436.31** |
|---|---|---|---|
| Richard Green (8841) |  | 1,436.31 | 1,436.31 |

### Company Paid Benefits [1]

|  | Current | YTD |
|---|---|---|
| FUTA | 10.59 | 10.59 |
| FICA | 109.46 | 109.46 |
| MEDI | 25.60 | 25.60 |
| SUTA:TX | 23.83 | 23.83 |
| **Total** | **169.48** | **169.48** |

[1] For information purposes only. No effect on your net pay.

Weifield Group Contracting Texas LLC 6950 S. Jordan Road, Centennial, CO 80112    1 of 1

---

**Weifield Group Contracting Texas LLC**
6950 S. Jordan Road
Centennial, CO 80112

| Pay Date: | 01/17/2025 |
|---|---|
| Voucher #: | (178149) |

**Deposited To The Account(s) Of**

| | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Richard T. Green, JR | 1 | Checking | XXXXXX8841 | 053000219 | 1,436.31 |

25   EE02043   01/17/2025   (178149)

**Richard T. Green, JR**
1112 League Line rd
Paige, TX 78659

**Non-Negotiable - This Is Not A Check**

**Weifield Group Contracting Texas LLC**
6950 S. Jordan Road
Centennial, CO 80112

25   EE02043   01/17/2025   (178149)

**Richard T. Green, JR**
1112 League Line rd
Paige, TX 78659

**Personal & Confidential**