```
Label Matrix for local noticing            U.S. BANKRUPTCY COURT                    ARA Diagnostic Imaging
0542-1                                     903 SAN JACINTO, SUITE 322               PO Box 208108
Case 25-10106-smr                          AUSTIN, TX 78701-2450                    Dallas, TX 75320-8108
Western District of Texas
Austin
Tue May  6 22:28:36 CDT 2025

(p)ACADIAN AMBULANCE SERVICE  INC          Adriana Cordeiro Green                   Affirm, Inc.
ATTN JESSE PROCTOR                         1112 League Line Road                    c/o Resurgent Capital Services
P O BOX 98000                              Paige, TX 78659-4936                     PO Box 10587
LAFAYETTE LA 70509-8000                                                             Greenville, SC 29603-0587


Air Evac EMS                               Air Evac Lifeteam                        (p)ALLMAND LAW FIRM
C/O Wakefield & Associates LLLC            Po Box 106                               860 AIRPORT FREEWAY
PO Box 58                                  West Plains, MO 65775-0106               401
Fort Morgan, CO 80701-0058                                                          HURST TX 76054-3264


American First Finance, LLC                Ascension Seton                          Ascension Seton Hays
c/o Becket & Lee LLP                       Po Box 1259 Dept 168730                  6001 Kyle Pkwy
PO Box 3002                                Oaks, PA 19456-1259                      Kyle, TX 78640-6112
Malvern, PA 19355-0702


Ascension Seton Smithville                 AssetCare                                Attorney General of Texas
PO Box 204398                              Attn: Bankruptcy                         Bankruptcy Collection Division
Dallas, TX 75320-4398                      PO Box 1127                              PO Box 12017
                                           Sherman, TX 75091-1127                   Austin, TX 78711-2017


Austin Emergency Center                    Austin Pathology Associates              Bastrop County
4700 W Sam Houston Pkwy N 140              PO Box 203294                            c/o Julie Parsons
Houston, TX 77041-8222                     Dallas, TX 75320-3294                    P.O. Box 1269
                                                                                    Round Rock, TX 78680-1269


Bastrop County Appraisal                   Capio Partners                           Capital One N.A.
c/oLinebarger Goggan Blair & Sampson LLP   3400 Texoma Parkway Suite 150            by American InfoSource as Agent
2323 Bryan Street Ste 1600                 Sherman, TX 75090-1916                   PO Box 71083
Dallas, TX 75201-2637                                                               Charlotte, NC 28272-1083


Capital One NA                             Citibank                                 City Ambulance Service
by AIS InfoSource LP as agent              Centralized Bk dept                      PO Box 691067
4515 N Santa Fe Ave                        PO Box 790034                            Houston, TX 77269-1067
Oklahoma City OK 73118-7901                St Louis, MO 63179-0034


Cricket Wireless                           Deborah B Langehennig                    Dell Seton Medical Center at UT
1154 S. Abeline St.                        PO Box 94014                             PO Box 204340
Aurora, CO 80012                           Austin, TX 78701                         Dallas, TX 75320-4340


(p)FROST ARNETT                            Goldman Sachs Bank USA                   Hospitalist Medicine Physicians of TX
BANKRUPTCY DEPARTMENT                      Attn: Bankruptcy                         PO Box 1123
PO BOX 198988                              PO Box 7247                              Minneapolis, MN 55440-1123
NASHVILLE TN 37219-8988                    Philadelphia, PA 19170-0001
```

| | | |
|---|---|---|
| IC Systems, Inc<br>Attn: Bankruptcy<br>PO Box 64444<br>Saint Paul, MN 55164-0444 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding , LLC its Successors and as<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Linebarger Goggan Blair & Sampson, LLP<br>2700 Via Fortuna Dr Suite 500<br>Austin, TX 78746-7998 |
| MBA Law<br>1313 N Travis St Suite 103<br>Sherman, TX 75092-5165 | MRV BankS<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 | Merrick Bank<br>c/o Resurgent Capital Serivces<br>P.O. Box 10368<br>Greenville, SC 29603-0368 |
| Municipal Services Bureau<br>PO Box 389<br>Arcade, NY 14009-0389 | NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nationstar Mortgage LLC<br>c/o Aldridge Pite LLP<br>3333 Camino Rio S #225<br>San Diego CA 92108-3808 | Online Information Service<br>Po Box 1489<br>Winterville, NC 28590-1489 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC<br>CF Medical<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Katapult Group Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| ReitPath Pathology<br>PO Box 28763<br>Austin, TX 78755-8763 | Richard Thomas Green, Jr<br>1112 League Line Road<br>Paige, TX 78659-4936 | SCIL, Inc.<br>15 Bull Street Suite 200<br>Savannah GA 31401-2686 |
| SOUND INTENSIVISTS OF NEVADA BESSLER MD PLLC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | (p)SECURITY SERVICE FEDERAL CREDIT UNION<br>ATTN ATTN PATRICK RYAN<br>15000 IH 10 WEST<br>SAN ANTONIO TX 78249-3530 | Sheffield Financial<br>a division of Truist Bank<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| South Austin Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | South Austin Hospital<br>c/o Resurgent Capital Services<br>Po Box 1927<br>Greenville, SC 29602-1927 | Speedy Cash<br>PO Box 782260<br>Wichita, KS 67278-2260 |

| | | |
|---|---|---|
| St David's Georgetown Hospital<br>PO Box 99400<br>Louisville, KY 40269-0400 | St Davids Georgetown<br>Resurgent Capital Services<br>PO Box Box 1927<br>Greenville, SC 29602-1927 | St. David's North Austin Medical Center<br>PO Box 99400<br>Louisville, KY 40269-0400 |
| St. Davids Georgetown<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | St. Davids South Austin Medical Center<br>PO Box 99400<br>Louisville, KY 40269-0400 | Synerprise Consulting Services, Inc<br>Attn: Bankruptcy 5651 Broadmoor<br>Mission, KS 66202-2407 |
| (p)AKRON BILLING CENTER BANKRUPTCY NOTICES<br>ATTN ATTN PATIENT SERVICES<br>3585 RIDGE PARK DR<br>AKRON OH 44333-8203 | (p)ALCOA BILLING CENTER BANKRUPTCY NOTICES<br>ATTN TEAMHEALTH ATTN PATIENT SERVICES<br>3231 NORTH STAR CIRCLE<br>LOUISVILLE TN 37777-5059 | Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 |
| U.S. Depart Housing & Urban Development<br>307 W 7th St Ste. 1000<br>Fort Worth, TX 76102-5108 | (p)HUD OGC REGION VI<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 | US Anesthesia Partners<br>2600 North Loop West Suite 150<br>Houston, TX 77092-8916 |
| US Anesthesia Partners<br>PO Box BOX 840855<br>Dallas, TX 75284-0855 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 | United States Attorney - Western<br>601 NW Loop 410 Suite 600<br>San Antonio, TX 78216-5597 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | United States Trustee - Western<br>615 E. Houston Street Suite 533<br>San Antonio, TX 78205-2055 | Upstart<br>Bankruptcy<br>Po Box 1931<br>Burlingame, CA 94011-1931 |
| Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | Verizon<br>by American InfoSource as Agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Verizon by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 169005<br>IRVING, TEXAS 75016-9005 | Wells Fargo Bank, N.A.<br>dba Wells Fargo Auto<br>PO Box 169005<br>Irving, TX 75016-9005 |
| Deborah B. Langehennig<br>Deborah Langehennig Trustee<br>PO Box 91419<br>Austin, TX 78709-1419 | Dorothy K Lawrence<br>Dorothy Butler Law Firm<br>279 Diamond Wood Court<br>Driftwood, TX 78619-2105 | Nicholas C Inman<br>Allmand Law<br>860 Airport Freeway, Ste 401<br>Hurst, TX 76054-3264 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Acadian<br>130 Kaliste Saloom Road<br>PO Box 92970<br>Lafayette, LA 70509 | Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | Frost - Arnett Company<br>Attn: Bankruptcy<br>Po Box 198988<br>Nashville, TN 37219-8988 |
|---|---|---|
| (d)Frost-Arnett<br>Attn: Bankruptcy<br>PO Box 198988<br>Nashville, TN 37219 | Jefferson Capital Systems LLC<br>Attn: Bankruptcy<br>Po Box 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75265 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates<br>P.O. Box 41067<br>Norfolk, VA 23541 | Security Service FCU<br>Attn: Bankruptcy<br>P.O. Box 691510<br>San Antonio, TX 78269 | Team Health<br>Akron Billing Center<br>3585 Ridge Park Dr<br>Fairlawn, OH 44333-8203 |
| Team Health<br>BPHM Billing Center<br>3225 N Star Circle<br>Louisville, TN 37777 | U.S. Department of Housing and Urban Develop<br>307 W. 7th St., Suite 1000<br>Fort Worth, TX 76102 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (d)Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Quantum3 Group LLC as agent for<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
|---|---|---|
| (d)Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Adriana Cordeiro Green<br>1112 League Line Road<br>Paige, TX 78659-4936 | (d)Richard Thomas Green Jr<br>1112 League Line Road<br>Paige, TX 78659-4936 |

End of Label Matrix
Mailable recipients    86
Bypassed recipients     6
Total                  92