**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 30, 2025.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | |
| RICHARD THOMAS GREEN, JR., ADRIANA CORDEIRO GREEN, | CASE NO. 25-10106-SMR |
| DEBTORS. | CHAPTER 13 |

### ORDER TO APPEAR AND SHOW CAUSE

On April 8, 2025, the Court held a hearing on plan confirmation for the above-referenced Debtors. Based on issues raised by the Chapter 13 Trustee and Debtors' counsel Nicholas Inman's responses at the hearing, the Court wants to ensure that Allmand Law Firm is representing debtors in a manner that satisfies the minimum standards of practice for Chapter 13 bankruptcy practitioners in the bankruptcy courts of the Western District of Texas.

Based on the foregoing, the Court finds that a show cause hearing should be held to determine whether Allmand Law Firm and its attorneys are representing debtors in a manner that

satisfies the minimum standards of practice for Chapter 13 bankruptcy practitioners in the bankruptcy courts of the Western District of Texas.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the Allmand Law Firm, Nicholas Inman, and such other representatives as the Allmand Law Firm deems appropriate, shall appear at a hearing commencing on **<u>Monday, June 9, 2025 at 1:30 p.m. (CT)</u> via Zoom.** Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245, so the Court can hear evidence on and determine the matters set forth above.

**IT IS FURTHER ORDERED** that the Court will allow Allmand Law Firm and its representatives to submit evidence and show cause/explain to the Court why Allmand Law Firm and/or one or more of the aforementioned persons:

1. should not be required to disgorge all or a portion of their fees;

2. should not be sanctioned; and/or

3. should not be subject to such other relief as the Court deems reasonable and appropriate under the circumstances including but not limited to, attending additional legal education and training seminars.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall have standing to appear and be heard and present evidence on this show cause order.

**IT IS FURTHER ORDERED** that the Court reserves the right to order reasonable and appropriate sanctions against the Allmand Law Firm and/or Nicholas Inman should Nicholas Inman fail to appear at the **June 9, 2025** hearing.

**IT IS FURTHER ORDERED** that the above-referenced Debtors may attend the hearing via Zoom to be heard, but must remain on mute for the duration of the hearing unless otherwise approved or requested by the Court. The Court reserves the right to question the Debtors. Click on the following link to access the virtual courtroom:

https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669-254-5252 Meeting ID: 161 0862 5245. Instructions are available on the Court's website at: https://www.txwb.uscourts.gov/honorable-shad-m-robinson-us-bankruptcy-judge.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to resolve any matters related to the interpretation, implementation, and enforcement of this Order.

# # #