**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 30, 2025.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-10106-smr |
| | § | |
| **Richard Thomas Green, Jr, and** | § | |
| **Adriana Cordeiro Green,** | § | |
| | § | |
| **Debtors.** | § | Chapter 13 |

### ORDER SETTING HEARING ON (1) CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN, AND (2) THE TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
**(Relates to Dkt. Nos. 25 & 35)**

On March 25, 2025, the Chapter 13 Trustee ("Trustee") filed her *Objection to Confirmation of Chapter 13 Plan* (the "Objection" at Dkt. No. 25). The Trustee argued that, outside of issues with the plan itself, the case was automatically dismissed pursuant to 11 U.S.C. § 521(i), effective March 14, 2025. The Court held a confirmation hearing on April 8, 2025, and (1) denied confirmation, (2) gave the Debtor seven days to file an amended plan,[1] and (3) reset confirmation to the May docket. The Court said it would reconsider the § 521(i) issue at the May 13, 2025

---

[1] The Debtor filed an amended plan on April 15, 2025, and then another amended plan on May 2, 2025.

confirmation hearing if the matter was not resolved. The matter was not consensually resolved prior to the May 13, 2025 confirmation hearing. The Court will therefore address whether the Debtor's plan should be confirmed, or whether this case should be dismissed under 11 U.S.C. § 521(i), after conducting a hearing on a special setting. Accordingly,

**IT IS THEREFORE ORDERED** that the Trustee's *Objection to Confirmation of Chapter 13 Plan* filed at Dkt. No. 25 is set for hearing on **Monday, June 9, 2025 at 1:30 p.m. (CT) via Zoom.** Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

**IT IS FURTHER ORDERED** that the Debtor's *Amended Chapter 13 Plan* filed at ECF No. 35 is set for a confirmation hearing on **Monday, June 9, 2025 at 1:30 p.m. (CT) via Zoom.** Zoom URL: https://www.zoomgov.com/my/robinson.txwb. Call-in number: 669-254-5252; Meeting ID: 161 0862 5245.

# # #