**APPENDIX L-3015-1**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| In re: Richard Thomas Green Jr. Adriana Green — Debtor (s) | Chapter 13 Case No. 25-10106 |
|---|---|

In re:

Richard Thomas Green Jr.

Adriana Green

Debtor (s)

Chapter 13

Case No. 25-10106

**Declaration of the Debtor Concerning Confirmation Requirements**

I/We, Richard Thomas and Adriana Green, being duly sworn upon oath, state as follows:

1. Regarding domestic support obligations (check applicable statement):

☐ Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A); or

☑ I/We have paid all amounts that first became due and payable under a domestic support obligation (as defined in 11 U.S.C. § 101(14A)) that is required by a judicial or administrative order or by statute to pay after the filing of this bankruptcy case.

2. ☑ I/We have filed all federal, state, and local tax returns required by law to be filed for all taxable periods ending during the four-year period prior to the filing of this bankruptcy case.

3. ☑ I/We have made all post-petition payments to be paid directly to the creditor provided for under the Plan and became due post-petition.

By signing this declaration, I acknowledge that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan, and that the Court may revoke confirmation of the Plan if the statements herein are not accurate. I understand that, should any of the above declarations change prior to entry of a confirmation order, I am required to file an updated declaration.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2025.

Richard GREEN
Signature of Debtor

Adriana Green
Signature of Co-Debtor

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
DFQHY-JUIJE-F2G9P-DX2BD

DOCUMENT COMPLETED BY ALL PARTIES ON
04 JUN 2025 15:36:24 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **ADRIANA GREEN**<br>EMAIL<br>ADRITCGREEN@GMAIL.COM<br>SHARED VIA<br>LINK | SENT<br>03 JUN 2025 14:48:52 UTC<br>VIEWED<br>03 JUN 2025 15:37:51 UTC<br>SIGNED<br>03 JUN 2025 15:38:03 UTC | Adriana Green<br>IP ADDRESS<br>72.182.56.31<br>LOCATION<br>AUSTIN, UNITED STATES |
| **RICHARD GREEN**<br>EMAIL<br>GREENELECTRIC210@GMAIL.COM | SENT<br>03 JUN 2025 14:48:52 UTC<br>VIEWED<br>04 JUN 2025 15:36:07 UTC<br>SIGNED<br>04 JUN 2025 15:36:24 UTC | Richard GREEN<br>IP ADDRESS<br>104.152.180.118<br>LOCATION<br>PAIGE, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
04 JUN 2025 15:36:07 UTC

Signed with PandaDoc



